United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALMA ADAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00256 |
| | § | |
| FEDNAT INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Having received Plaintiff's status report that "TPCIGA has closed out this matter" and "Plaintiff is now seeking a voluntary dismissal, to terminate this case and all deadlines, if applicable," (Dkt. No. 17), the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice.

SO ORDERED July 21, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge